IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JEFFREY L. BURTON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 3:14CV00062-JJV |
| Commissioner, Social Security | * | |
| Administration | * | |
| | * | |
| Defendant. | * | |

## **ORDER**

Although the Complaint in this case was filed March 11, 2014, no proof of service has been filed to indicate proper service was obtained on Defendant, as required by Federal Rule of Civil Procedure 4(l).

Under these circumstances, the Complaint is subject to dismissal. Fed. R. Civ. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987). Plaintiff was given notice on August 4, 2014 (Doc. No. 5).

IT IS THEREFORE ORDERED THAT the Complaint is dismissed for failure to prosecute.

DATED this 4th day of September, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE