IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JEFFREY L. BURTON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No.  3:14CV00062-JJV |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff's brief was due on or before December 3, 2014. As of the date of this Order, no brief was filed.  Realizing Plaintiff is proceeding *pro se*, he must still notify the Commissioner on what bases he appeals the decision.  Or, he may hire counsel to assist him with this matter.  Either way, Plaintiff's Brief must be filed with the Court within thirty (30) days of the date of this Order, or the Complaint will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (district court has power to dismiss sua sponte under Rule 41(b)); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (quoting *Haley v. Kansas City Star*, 761 F.2d 489, 491 (8th Cir. 1985) (a district court has the power to dismiss an action for the plaintiff's failure to comply with *any* court order; such a dismissal may be with prejudice if there has been "'a clear record of delay or contumacious conduct by the plaintiff'") (emphasis added)); *Garrison v. Int'l Paper Co.*, 714 F.2d 757, 759 (8th Cir. 1983) (it is well settled that the district court has inherent power, acting on its own initiative, to dismiss a cause of action with prejudice for want of prosecution).

IT IS SO ORDERED this 29th day of December, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE