IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JEFFREY L. BURTON, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:14CV00062-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration, | * |
| | * |
| Defendant. | |

**MEMORANDUM AND ORDER**

On March 11, 2014, Mr. Burton filed a *pro se* Complaint (Doc. No. 2) appealing the final decision of the Commissioner of the Social Security Administration. Mr. Burton's Complaint was dismissed on September 4, 2014, for failure to prosecute. On his Motion to Reopen (Doc. No. 8) and with no objection from Defendant, the case was reopened (Doc. No. 10).

Plaintiff's brief was due December 3, 2014 (Doc. No. 15). On December 29, 2014, Plaintiff was given another thirty days to file his brief (Doc. No. 16) and was warned that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice. (*Id.*)

It is Plaintiff's responsibility to diligently prosecute his case.[1] One hundred days have passed and Plaintiff has not filed his brief or otherwise communicated with the Court. The Court thus finds that his Complaint (Doc. No. 2) should be DISMISSED without prejudice.

---

[1] Local Rule of the Court 5.5(c)(2), states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

THEREFORE, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

SO ORDERED this 2nd day of February, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

2