**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JEFFREY L. BURTON, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:14CV00062-JJV |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's Complaint is dismissed without prejudice.

SO ORDERED this 2nd day of February, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE